AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

4:13cv204

United States Courts
Southern District of Texas
FILED

APR 22 2013

David J. Bradley, Clerk of Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Education Commission for Foreign Medical Graduates

was received by me on *(date)* 4/16/13

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS Certified Mail # 7011 1570 0002 7849 8383.

My fees are $ 0 for travel and $ 6.77 for services, for a total of $ 6.77.

I declare under penalty of perjury that this information is true.

Date: 4/18/13

_____
*Server's signature*

Cheri LaBlanche
*Printed name and title*

12806 Southspring, Houston, TX 77047
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action                                    **Appendix D**

## UNITED STATES DISTRICT COURT
for the
_Southern_ District of _Texas_

Cheri LaBlanche
_____
            Plaintiff                              )
                                                   )
               v.                                  )   Civil Action No. 4:13-cv-00204
                                                   )
Education Commission for Foreign                   )
Medical Graduates (ECFMG)                          )
            Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Education Commission for Foreign Medical Graduates (ECFMG)
3624 Market St.
Philadelphia, PA 19104-2685

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
*CLERK OF COURT*

Date: __APR 16 2013__                   _/s/ Jan Davenport_
                                        *Signature of Clerk or Deputy Clerk*

```
==========================================
         BARBARA JORDAN MAIN PO
            HOUSTON, Texas
              772019998
            4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
==========================================
========== Sales Receipt ==========
Product          Sale Unit      Final
Description      Qty  Price     Price
==========================================
PHILADELPHIA PA                  $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498383
                               ========
Issue PVI:                       $6.77

WASHINGTON DC 20005              $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498390
                               ========
Issue PVI:                       $6.77

PHILADELPHIA PA                  $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498413
                               ========
Issue PVI:                       $6.97
                             ==========
Total:                          $20.51

Paid by:
VISA                            $20.51
   Account #:       XXXXXXXXXXXX4015
   Approval #:      214465
   Transaction #:   763
   23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.32 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.97 |

Postmark Here — BARBARA JORDAN PO, HOUSTON TX, APR 16 2013, USPS-77201 — 04/16/2013

Sent To: Newton NBME
Street, Apt. No.; or PO Box No.: 3750 Market St.
City, State, ZIP+4: Philadelphia PA 19104-3102

7011 1570 0002 7849 8413

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

Postmark Here — BARBARA JORDAN PO, HOUSTON TX, APR 16 2013, USPS-77201 — 04/16/2013

Sent To: Education Commissioner (ECFMG)
Street, Apt. No.; or PO Box No.: 3624 Market St.
City, State, ZIP+4: Philadelphia, PA 19104-2685

7011 1570 0002 7849 8383

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20005

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

Postmark Here — BARBARA JORDAN PO, HOUSTON TX, APR 16 2013, USPS-77201 — 04/16/2013

Sent To: FSMB
Street, Apt. No.; or PO Box No.: 1110 Vermont Ave. NW Ste 1?
City, State, ZIP+4: Washington DC 20005

7011 1570 0002 7849 8390

PS Form 3800, August 2006          See Reverse for Instructions