AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

4:13cv204

United States Courts
Southern District of Texas
FILED

APR 22 2013

Civil Action No.

David J. Bradley, Clerk of Court

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federation of State Medical Boards
was received by me on *(date)* 4/16/13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS Certified Mail # 7011 1570 0002 7849 8390.
_____

My fees are $ 0 for travel and $ 6.77 for services, for a total of $ 6.77 .

I declare under penalty of perjury that this information is true.

Date: 4/18/13          _____
                              *Server's signature*

                         Cheri LaBlanche
                         _____
                         *Printed name and title*

                         12806 Southspring, Houston, TX. 77047
                         _____
                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action          **Appendix D**

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Cheri LaBlanche
_____
Plaintiff

v.                                    Civil Action No. 13-204

Federation of State Medical Boards
(FSMB)
_____
Defendant

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Federation of State Medical Boards (FSMB)
1110 Vermont Avenue N.W. Ste. 1000
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: APR 16 2013                    _____
                                     *Signature of Clerk or Deputy Clerk*

```
==================================
      BARBARA JORDAN PO
        HOUSTON, Texas
          772019998
         4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
==================================
========= Sales Receipt =========
Product         Sale Unit     Final
Description     Qty  Price    Price
==================================

PHILADELPHIA PA                $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:    70111570000278498383
                           ========
Issue PVI:                     $6.77

WASHINGTON DC 20005            $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:    70111570000278498390
                           ========
Issue PVI:                     $6.77

PHILADELPHIA PA                $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:    70111570000278498413
                           ========
Issue PVI:                     $6.97
                         ==========
Total:                        $20.51

Paid by:
 VISA                         $20.51
   Account #:    XXXXXXXXXXXX4015
   Approval #:   214465
   Transaction #:  763
 23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*******************************
```

