Case 4:13-cv-00204 Document 7 Filed on 04/22/13 in TXSD Page 1 of 3

United States Courts
Southern District of Texas
FILED

APR 22 2013

David J. Bradley, Clerk of Court

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13cv204

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **National Board of Medical Examiners**
was received by me on *(date)* **4/16/13**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **USPS Certified Mail # 7011 1570 0002 7849 8413.**

My fees are $ **0** for travel and $ **6.97** for services, for a total of $ **6.97**.

I declare under penalty of perjury that this information is true.

Date: **4/18/13**

_____
Server's signature

**Cheri LaBlanche**
Printed name and title

**12806 Southspring, Houston, TX. 77047**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action          **Appendix D**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Cheri LaBlanche
_____
Plaintiff

v.                              Civil Action No. 4:13-CV-00204

National Board of Medical Examiners
(NBME)
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
National Board of Medical Examiners (NBME)
3750 Market St.
Philadelphia PA, 19104-3102

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
*CLERK OF COURT*

Date: APR 16 2013                              _____
                                                                 *Signature of Clerk or Deputy Clerk*

```
=====================================
      BARBARA JORDAN MAIN PO
           HOUSTON, Texas
            772019998
          4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
=====================================
============ Sales Receipt ==========
Product         Sale Unit      Final
Description     Qty  Price     Price
=====================================

PHILADELPHIA PA                $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:     70111570000278498383
                             ========
Issue PVI:                     $6.77

WASHINGTON DC 20005            $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:     70111570000278498390
                             ========
Issue PVI:                     $6.77

PHILADELPHIA PA                $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:     70111570000278498413
                             ========
Issue PVI:                     $6.97
                            ==========
Total:                        $20.51

Paid by:
 VISA                         $20.51
   Account #:    XXXXXXXXXXXX4015
   Approval #:   214465
   Transaction #:  763
 23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*******************************
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.32 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.97 |

[Postmark: BARBARA JORDAN PO HOUSTON TX APR 16 2013 USPS 77201]

Sent To: _Nathan NBME_
Street, Apt. No.; or PO Box No. _3750 Market St._
City, State, ZIP+4 _Philadelphia PA 19104-3102_

PS Form 3800, August 2006       See Reverse for Instructions

7011 1570 0002 7849 8413

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

[Postmark: BARBARA JORDAN PO HOUSTON TX APR 16 2013 USPS 77201]

Sent To: _Education Commissioner (ECFMG)_
Street, Apt. No.; or PO Box No. _3624 Market St._
City, State, ZIP+4 _Philadelphia, PA 19104-2685_

PS Form 3800, August 2006       See Reverse for Instructions

7011 1570 0002 7849 8383

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20005

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

[Postmark: BARBARA JORDAN PO HOUSTON TX APR 16 2013 USPS 77201]

Sent To: _FSMB_
Street, Apt. No.; or PO Box No. _1110 Vermont Ave. NW Ste 10_
City, State, ZIP+4 _Washington DC 20005_

PS Form 3800, August 2006       See Reverse for Instr

7011 1570 0002 7849 8390