UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cheri LaBlanche | )( | |
|     Plaintiff, | )( | |
| Vs. | )( | |
| National Board of Medical Examiners - (NBME) | )( | Civil Action No. |
| Federation of State Medical Boards - (FSMB) | )( | |
| Educational Commission for Foreign Medical | )( | |
| Graduates - (ECFMG) | )( | |
|     *Jointly and Severally,* | )( | |
|     **Defendants,** | )( | |

ORIGINAL PETITION FOR INJUNCTIVE RELIEF OF MEDICAL LICENSURE EXAM
EQUITY & REASONABLE ACCOMODATION FOR PAPER BASE TESTING
DUE TO COMPUTER TEST DISABILITY

I. JURY DEMAND

Plaintiff respectfully demands and maintains her Right to a Jury Trial in this suit at Equity & Law.

II. EQUITY CLAIM & INTRO

*NOW COMES* Plaintiff and files this EQUITY CLAIM of REASONABLE ACCOMODATION for *"PAPER-BASE TESTING"*; of Medical Licensure "exams" administered by Defendants: The National Board of Medical Examiners (NBME) is a not-for-profit organization **that serves the public** through its assessments of healthcare professionals; via *The U.S. Medical Licensing Examination (USMLE).* The NBME develops and manages the USMLE; while state licensing boards grant license to practice medicine. All medical boards in the US accept a passing score on the USMLE as evidence that applicants demonstrate core competencies to practice medicine. The NBME and the **Federation of State Medical Boards (FSMB)** co-sponsor the USMLE; and the **Educational Commission for Foreign Medical Graduates (ECFMG)** is the third collaborator in the USMLE program.

The option choice and availability of both *"PAPER-BASE & COMPUTER-BASE TESTING"*; is a National Standard Norm for U.S. Licensure and Certification examinations. Due to a $70,000 (seventy thousand dollar) average total costs of U.S. Medical Schools; and this petitioned equity exchange for Defendants' test fees that exceed $3,000.00 (three thousand dollars); Plaintiff seeks injunctive equity relief to execute Defendants examinations via *"PAPER-BASE TESTING"* as opposed to computer.

III. CAUSE OF ACTION
EQUITY REASONABLE ACCOMODATION

In 2004 and 2006 Plaintiff failed Defendants' **"5 hour** - *COMPUTER-BASE TESTING"* licensure examination. Plaintiff's exam failures are totally attributed to Defendants' repetitious denials for the National Norm option choice request of *"PAPER-BASE TESTING"*; which is an EQUITY

**EXHIBIT A**

REASONABLE ACCOMODATION to eliminate Plaintiff's *DISABILITY* of "ACUTE HEADACHES", that consistently develop approximately after **30 minutes of visual contact and interaction with any computer monitor / screen.**

### IV. JURISDICTION

This Court has **Diversity Jurisdiction**; plaintiffs are citizens of a State different from the Defendant, who is a citizen or subject of a different state; and the aggregated amount in controversy exceeds $100,000.00 exclusive of interest and costs. See **28 U.S.C. § 1332(a)(1).**

### V. PRAYER & RELIEF

Defendants' refusal of Equity Reasonable Accommodation for "PAPER BASE TESTING"; has **DEPRIVED** Plaintiff of a Medical Doctor career for more than **8 YEARS**. Plaintiff prays the Court will issue, but not limited to, INJUCTIVE RELIEF for the Equity Reasonable Accommodation of "PAPER BASE TESTING" on her behalf, and for those similarly situated. Due to injury Plaintiff also prays the Court will issue ORDER of FEE WAIVER, allowing Plaintiff to immediately proceed with examinations at NO COSTS, with regard to all Defendants' examination fees.

### VI. CERTIFICATE OF SERVICE & INTERESTED PARTIES

I certify a true and correct copy of this suit and summons was serviced to Defendants subscribed below:

**National Board of Medical Examiners - (NBME)**
3750 Market Street
Philadelphia PA, 19104-3102
Phone: 215.590.9500

**Federation of State Medical Boards - (FSMB)**
1110 Vermont Ave, NW, Suite 1000
Washington, D.C. 20005
Phone: (202) 530-4608

**Educational Commission for Foreign Medical Graduates - (ECFMG)**
3624 Market Street
Philadelphia, PA 19104-2685
Phone: (215) 386-5900

Respectfully Submitted,

Cheri LaBlanche
Plaintiff
12806 Southspring Dr.
Houston, TX. 77047
713 733 9777