United States Courts
Southern District of Texas
FILED

APR 22 2013

David J. Bradley, Clerk of Court

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

4:13cv204

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Education Commission for Foreign Medical Graduates

was received by me on *(date)* 4/16/13

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: USPS Certified Mail # 7011 1570 0002 7849 8383.

My fees are $ 0 for travel and $ 6.77 for services, for a total of $ 6.77.

I declare under penalty of perjury that this information is true.

Date: 4/18/13

_____
Server's signature

Cheri LaBlanche
Printed name and title

12806 Southspring, Houston, TX 77047
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT B**

AO 440 (Rev. 12/09) Summons in a Civil Action                                                                    Appendix D

# UNITED STATES DISTRICT COURT
for the
_Southern_ District of _Texas_

_Cheri LaBlanche_
_____
Plaintiff
v.

Civil Action No. _4:13-CV-00204_

_Education Commission for Foreign_
_Medical Graduates (ECFMG)_
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
_Education Commission for Foreign Medical Graduates (ECFMG)_
_3624 Market St._
_Philadelphia, PA 19104-2685_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
CLERK OF COURT

Date: __APR 16 2013__

_____
Signature of Clerk or Deputy Clerk

```
=====================================
       BARBARA JORDAN MAIN PO
            HOUSTON, Texas
              772019998
            4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
=====================================
========== Sales Receipt ==========
Product         Sale Unit    Final
Description     Qty  Price   Price
===================================

PHILADELPHIA PA                $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:
          70111570000278498383
                            ========
Issue PVI:                     $6.77

WASHINGTON DC 20005            $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:
          70111570000278498390
                            ========
Issue PVI:                     $6.77

PHILADELPHIA PA                $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green             $2.55
Card)
@@ Certified                   $3.10
Label #:
          70111570000278498413
                            ========
Issue PVI:                     $6.97

                           ==========
Total:                         $20.51

Paid by:
VISA                           $20.51
   Account #:   XXXXXXXXXXXX4015
   Approval #:  214465
   Transaction #:  763
   23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
************************************
```

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.32 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.97  04/16/2013 |

Sent To: Nathan NBME
Street, Apt. No.; or PO Box No. 3750 Market St.
City, State, ZIP+4 Philadelphia PA 19104-3109

PS Form 3800, August 2006 — See Reverse for Instructions

7011 1570 0002 7849 8383

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

Sent To: Education Commissioner (ECFMG)
Street, Apt. No.; or PO Box No. 3624 Market St.
City, State, ZIP+4 Philadelphia, PA 19104-2685

PS Form 3800, August 2006 — See Reverse for Instructions

7011 1570 0002 7849 8383

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

WASHINGTON DC 20005

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

Sent To: FSMB
Street, Apt. No.; or PO Box No. 1110 Vermont Ave. NW Ste 1700
City, State, ZIP+4 Washington DC 20005

PS Form 3800, August 2006 — See Reverse for Instr

7011 1570 0002 7849 8390

United States Courts
Southern District of Texas
FILED

APR 22 2013

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

4:13cv204

David J. Bradley, Clerk of Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Federation of State Medical Boards**
was received by me on *(date)* **4/16/13**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **USPS Certified Mail # 7011 1570 0002 7849 8390.**

My fees are $ **0** for travel and $ **6.77** for services, for a total of $ **6.77**.

I declare under penalty of perjury that this information is true.

Date: **4/18/13**

_____
Server's signature

**Cheri LaBlanche**
Printed name and title

**12806 Southspring, Houston, TX. 77047**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action　　　　　　　　　　　　　　　　　　　　　　　　Appendix D

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Cheri LaBlanche
_____
Plaintiff

v.　　　　　　　　　　　　　　　　Civil Action No. 13-204

Federation of State Medical Boards
(FSMB)
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Federation of State Medical Boards (FSMB)
1110 Vermont Avenue N.W. Ste. 1000
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: APR 16 2013　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

```
BARBARA JORDAN MAIN PO
     HOUSTON, Texas
        772019998
      4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
========================================
============= Sales Receipt ============
Product           Sale  Unit      Final
Description       Qty   Price     Price
========================================
PHILADELPHIA PA                   $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green                $2.55
Card)
@@ Certified                      $3.10
Label #:     70111570000278498383
                               ========
Issue PVI:                        $6.77

WASHINGTON DC 20005               $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green                $2.55
Card)
@@ Certified                      $3.10
Label #:     70111570000278498390
                               ========
Issue PVI:                        $6.77

PHILADELPHIA PA                   $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green                $2.55
Card)
@@ Certified                      $3.10
Label #:     70111570000278498413
                               ========
Issue PVI:                        $6.97

                               ==========
Total:                            $20.51

Paid by:
  VISA                            $20.51
    Account #:     XXXXXXXXXXXX4015
    Approval #:    214465
    Transaction #: 763
  23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
********************************
```

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

PHILADELPHIA PA 19104

| | |
|---|---|
| Postage | $1.32 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.97  04/16/2013 |

Sent To: Newton NBME
Street, Apt. No.; or PO Box No.: 3750 Market St.
City, State, ZIP+4: Philadelphia PA 19104-3102

7011 1570 0002 7849 8413

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

PHILADELPHIA PA 19104

| | |
|---|---|
| Postage | $1.12 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.77 |

Sent To: Education Commissioner (ECFMG)
Street, Apt. No.; or PO Box No.: 3624 Market St.
City, State, ZIP+4: Philadelphia, PA 19104-2685

7011 1570 0002 7849 8383

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20005

| | |
|---|---|
| Postage | $1.12 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.77 |

Sent To: FSMB
Street, Apt. No.; or PO Box No.: 1110 Vermont Ave. NW Ste
City, State, ZIP+4: Washington DC 20005

7011 1570 0002 7849 8390

PS Form 3800, August 2006

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

13cv204

APR 22 2013

United States Courts
Southern District of Texas
FILED

David J. Bradley, Clerk of Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __National Board of Medical Examiners__
was received by me on *(date)* __4/16/13__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __USPS Certified Mail # 7011 1570 0002 7849 8413.__

My fees are $ __0__ for travel and $ __6.97__ for services, for a total of $ __6.97__.

I declare under penalty of perjury that this information is true.

Date: __4/18/13__

_____
Server's signature

__Cheri LaBlanche__
Printed name and title

__12806 Southspring, Houston, TX. 77047__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action    **Appendix D**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Cheri LaBlanche
_____
*Plaintiff*

v.                                          Civil Action No. 4:13-CV-00204

National Board of Medical Examiners
(NBME)
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
National Board of Medical Examiners (NBME)
3750 Market St.
Philadelphia PA, 19104-3102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
CLERK OF COURT

Date: APR 16 2013

_____
*Signature of Clerk or Deputy Clerk*

```
BARBARA JORDAN MAIN PO
     HOUSTON, Texas
        772019998
       4841490010-0092
04/16/2013 (800)275-8777 05:09:49 PM
==========================================
============ Sales Receipt ============
Product          Sale Unit      Final
Description      Qty  Price     Price
==========================================
PHILADELPHIA PA                  $1.12
19104 Zone-6
First-Class Large
Env
2.00 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498383
                              ========
Issue PVI:                       $6.77

WASHINGTON DC 20005              $1.12
Zone-6 First-Class
Large Env
1.90 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498390
                              ========
Issue PVI:                       $6.77

PHILADELPHIA PA                  $1.32
19104 Zone-6
First-Class Large
Env
2.10 oz.
Expected Delivery: Sat 04/20/13
Return Rcpt (Green               $2.55
Card)
@@ Certified                     $3.10
Label #:    70111570000278498413
                              ========
Issue PVI:                       $6.97

                              ==========
Total:                          $20.51

Paid by:
VISA                            $20.51
  Account #:    XXXXXXXXXXXX4015
  Approval #:   214465
  Transaction #: 763
  23903140002

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*******************************
```

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

PHILADELPHIA PA 19104

| Postage | $ | $1.32 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.97 | 04/16/2013 |

Sent To: Nathan NBME
Street, Apt. No.; or PO Box No.: 3750 Market St.
City, State, ZIP+4: Philadelphia PA 19104-3102

PS Form 3800, August 2006       See Reverse for Instructions

7011 1570 0002 7849 8413

---

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

PHILADELPHIA PA 19104

| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 | 04/16/2013 |

Sent To: Education Commissioner (ECFMG)
Street, Apt. No.; or PO Box No.: 3624 Market St.
City, State, ZIP+4: Philadelphia, PA 19104-2685

PS Form 3800, August 2006       See Reverse for Instructions

7011 1570 0002 7849 8383

---

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

WASHINGTON DC 20005

| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 | 04/16/2013 |

Sent To: FSMB
Street, Apt. No.; or PO Box No.: 1110 Vermont Ave. NW Ste
City, State, ZIP+4: Washington DC 20005

PS Form 3800, August 2006       See Reverse for Instr

7011 1570 0002 7849 8390