IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE, | § § § § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| V. | | |
| NATIONAL BOARD OF MEDICAL EXAMINERS – (NBME), FEDERATION OF STATE MEDICAL BOARDS – (FSMB), EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES – (ECFMG) | | CIVIL ACTION NO. 4:13-CV-00204 |
| DEFENDANTS. | | |

## ORDER

The Court considered the Motion to Dismiss pursuant to Rules 12(b)(5) of the Federal Rules of Civil Procedure, and the Court decided to grant the Motion.

It is ORDERED that the Motion to Dismiss pursuant to Rules 12(b)(5) of the Federal Rules of Civil Procedure is granted and that this action is now dismissed, without prejudice.

SIGNED this _____ day of _____, 2013.

_____
JUDGE PRESIDING