IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERI LABLANCHE, § § PLAINTIFF, § § V. § § NATIONAL BOARD OF MEDICAL § EXAMINERS – (NBME), FEDERATION § OF STATE MEDICAL BOARDS – § (FSMB), EDUCATIONAL COMMISSION § FOR FOREIGN MEDICAL GRADUATES § – (ECFMG) § § DEFENDANTS. § | CIVIL ACTION NO. 4:13-CV-00204 |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF THE RULE 16 CONFERENCE

The Court considered the Motion for Continuance of the Rule 16 Conference and Other Deadlines and the Court decided to grant the Motion.

It is ORDERED that the Motion for Continuance of the Rule 16 Conference and Other Deadlines is granted and that the Court will issue a new Order for Conference and Disclosure of Interested Parties. The Initial Conference is reset for 7/19/13 at 1:30 pm. The Joint Discovery Case Management Plan is due 7/12/13.

SIGNED this 9th day of May, 2013.

_____
JUDGE PRESIDING

79004541.1                    - 5 -