UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 12 2013
David J. Bradley, Clerk of Court

| | |
|---|---|
| Cheri LaBlanche )( | |
| Plaintiff, )( | |
| Vs. )( | |
| National Board of Medical Examiners - (NBME) )( | Civil Action No.4:13-CV-00204 |
| Federation of State Medical Boards - (FSMB) )( | |
| Educational Commission for Foreign Medical )( | |
| Graduates - (ECFMG) )( | |
| Jointly and Severally, - Defendants, )( | |

**PLAINTIFF'S DISCOVERY CASE MANAGEMENT PLAN & REQUEST FOR SANCTIONS DUE TO DEFENDANTS CONTEMPT & REFUSAL OF JOINT DISCOVERY ORDER**

*HEREIN COMES* Plaintiff and files her Discovery Case Management Plan as ORDERD by this court. Plaintiff respectfully requests the COURT to issue sanctions against Defendants for their adamant REFUSAL and NON-COOPERATION to initiate or attempt any agreement with facilitating a JOINT plan. Councils reasoning is an insistence for a SECOND Continuance of this case and all issues; in lieu of the fact that Plaintiff and the Court agreed and did issue a FIRST Continuance to facilitate the same:

PROPOSED
**SCHEDULING/DOCKETING CONTROL ORDER**

Anticipated Length of Trial: __7__ Days        Jury: __X__ Non-Jury: ____

1. (a) **NEW PARTIES** shall be joined by:     July 31, 2013
   The Attorney causing the addition of new parties
   will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or     August 31, 2013
   Counter-Plaintiff shall be filed by:

2. **EXPERT WITNESSES** for the **PLAINTIFF** will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the     September 20, 2013
   basis for it. DUE DATE:

3. **EXPERT WITNESSES** for the **DEFENDANT** will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the     October 19, 2013
   basis for it. DUE DATE:

4. **DISCOVERY** must be completed by:     November 21, 2013
   Written discovery requests are not timely if they are
   filed so close to this deadline that the recipient would
   not be required under the Federal Rules of Civil
   Procedure to respond until after the deadline.

5. **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS**     12/21/13
   (except motions *in limine*) will be filed by:     (Due 90 days prior to Trial)

6. **JOINT PRETRIAL ORDER and MOTIONS** *IN LIMINE*     3/25/14
   (The Court will fill in this date)     (Due the Monday before trial)

7. Trial Date     April 1, 2014

## CERTIFICATE OF SERVICE

I also certify that a true and correct copy of this motion was forwarded to Defendant's Counsel of record

-+
Respectfully Submitted,

Cheri LaBlanche
Plaintiff
12806 Southspring Dr.
Houston, TX. 77047
713 733 9777