IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERI LABLANCHE, § § § PLAINTIFF, § § V. § § NATIONAL BOARD OF MEDICAL § EXAMINERS – (NBME), FEDERATION § OF STATE MEDICAL BOARDS – § (FSMB), EDUCATIONAL COMMISSION § FOR FOREIGN MEDICAL GRADUATES § – (ECFMG) § § DEFENDANTS. § | CIVIL ACTION NO. 4:13-CV-00204 |

## ORDER ~~GRANTING~~ DENYING DEFENDANTS' MOTION FOR CONTINUANCE OF THE RULE 16 CONFERENCE

The Court considered the Motion for Continuance of the Rule 16 Conference and Other Deadlines and the Court decided to grant the Motion.

It is ORDERED that the Motion for Continuance of the Rule 16 Conference and Other Deadlines is ~~granted~~ DENIED and that the Court will issue a new Order for Conference and Disclosure of ~~Interested Parties.~~ The Court will hold the hearing as a status conference.

SIGNED this 17th day of July, 2013.

_____
JUDGE PRESIDING