IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS – (NBME), FEDERATION OF STATE MEDICAL BOARDS – (FSMB), EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES – (ECFMG) | § § § § § § § | CIVIL ACTION NO. 4:13-CV-00204 |
| DEFENDANTS. | § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR TO DISMISS

The Court considered the Defendants' Rule 12(b)(5) Motion to Dismiss, or For More Definite Statement Pursuant to Rule 12(e), and Supplement to Defendants' Rule 12(b)(5) Motion to Dismiss, or For More Definite Statement Pursuant to Rule 12(e) and the Court decided to grant the Motion.

It is ORDERED that the Defendants' Rule 12(b)(5) Motion to Dismiss is granted and that the Complaint in its entirety without prejudice.

SIGNED this _____ day of _____, 2013.

_____
JUDGE PRESIDING

57175740.1

- 6 -