UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 18 2013
David J. Bradley, Clerk of Court

| | |
|---|---|
| Cheri LaBlanche )( | |
|     Plaintiff, )( | |
| Vs. )( | |
| National Board of Medical Examiners - (NBME) )( | Civil Action No.4:13-CV-00204 |
| Federation of State Medical Boards - (FSMB) )( | |
| Educational Commission for Foreign Medical )( | |
| Graduates - (ECFMG) )( | |
|     *Jointly and Severally*, - Defendants, )( | |

Amended
PLAINTIFF'S NON-CONSENT OF TRANSFER / JURISDICTION TO A MAGISTRATE JUDGE
&
PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISINGENUINE FRIVOLOUS REQUEST
FOR RULES 12(B)(5) AND 12(E) - DISMISSALS; ENGENDERED FOR THE PURPOSE OF DELAY

### I. NON-CONSENT TO MAGISTRATE JUDGE

Plaintiff respectfully opposes and non-consents to any and all transfer, jurisdiction, and administration of this case and cause; to any magistrate judge regarding all issues.

### II. OPPOSITION TO DEFENDANT'S DISINGENUINE FRIVOLOUS REQUEST FOR DISMISSALS ENGENDERED FOR DELAY

[A] *Rule 12(E) Dismissal Request* - is disingenuine and frivolous as proven by defendants' counsels; precise, documented, demonstrated, clarity and understanding of this suit issues and claims, shown via defendants' dismissal motion *I. BACKGROUND* statement:

*"Plaintiff's complaint seeks injunctive relief ordering Defendant's NBME and FSMB, the sponsors of the United States Medical Licensing Examination ("USMLE"), to administer a "paper base" version of the examination. Plaintiff claims that her previous failures on the examination were caused by "repetitious denials" for a paper-based form of the test to eliminate her undefined and unsubstantiated disability of "acute headaches" that consistently develop approximately after 30 minutes of visual contact and interaction with any computer monitor / screen."*

[B] *Rule 12(B)(5) Dismissal Request* - is disingenuine and frivolous due to defendants being served by certified mail via USPS carrier; and NOT personally by plaintiff as defendants' counsel falsely contends.

### III. PRAYER & RELIEF

Plaintiff prays the Court will DENY with PREJUDICE Defendants' frivolous motion for dismissal; shown herein to be engendered for disingenuine purposes that also include delay.

## IV. CERTIFICATE OF SERVICE
## & INTERESTED PARTIES

I certify that a true and correct copy of this motion was serviced to Defendants' counsel of record:

>Fulbright & Jaworski LLP - Counsel for Defendants:
>**National Board of Medical Examiners - (NBME)**
>**Federation of State Medical Boards - (FSMB)**
>**Educational Commission for Foreign Medical Graduates - (ECFMG)**
>Via – Atty. Alanis King Benford and Atty. Peter C. Tipps
>Fulbright Tower
>1301 McKinney, Suite 5100
>Houston, TX 77010-3095
>Tele: (713) 651-5151
>Fax: (713) 651-5246

Respectfully Submitted,

*[signature]*

Cheri LaBlanche
Plaintiff
12806 Southspring Dr.
Houston, TX. 77047
(713) 733-9777