UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 19 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| Cheri LaBlanche 1st Plaintiff, <br> & <br> **Absolute Justice 2nd Plaintiff** <br> Vs. <br> National Board of Medical Examiners - (NBME) <br> Federation of State Medical Boards - (FSMB) <br> Educational Commission for Foreign Medical Graduates - (ECFMG) <br> *Jointly and Severally*, <br> **Defendants,** | Civil Action No. 4:13-CV-00204 |

ORIGINAL PETITION OF SECOND PLAINTIFF **ABSOLUTE JUSTICE** IN THE NATIONAL INTEREST OF JUSTICE AND CAUSE OF EQUITY & RELIEF FOR THE OPTION OF PAPER BASE TESTING OF MEDICAL LICENSURE EXAMS

I. JURY DEMAND

Absolute Justice respectfully demands it's Right to a Jury Trial in this suit at Equity & Law.

II. EQUITY CLAIM

*NOW COMES* Second Plaintiff and files this EQUITY CLAIM of REASONABLE ACCOMODATION for *"PAPER-BASE TESTING"*; of Medical Licensure "exams" administered by Defendants: **The National Board of Medical Examiners (NBME)** is a not-for-profit organization **that serves the public** through its assessments of healthcare professionals; via *The U.S. Medical Licensing Examination (USMLE)*. The NBME develops and manages the USMLE; while state licensing boards grant license to practice medicine. All medical boards in the US accept a passing score on the USMLE as evidence that applicants demonstrate core competencies to practice medicine. The NBME and the **Federation of State Medical Boards (FSMB)** co-sponsor the USMLE; and the **Educational Commission for Foreign Medical Graduates (ECFMG)** is the third collaborator in the USMLE program.

III. JURISDICTION

This Court has **Diversity Jurisdiction**; Plaintiff is citizens of a State different from the Defendants, who is a citizen or subject of a different state; and the aggregated amount in controversy exceeds $100,000.00 exclusive of interest and costs. **See 28 U.S.C. § 1332(a)(1).**

IV. PRAYER & RELIEF

The option choice and availability of both *"PAPER-BASE & COMPUTER-BASE TESTING"*; is a National Standard Norm for U.S. Licensure and Certification examinations. Due to a $70,000 (seventy thousand dollar) average total costs of U.S. Medical Schools; and due to test fees that exceed $3,000.00 (three thousand dollars). On behalf of the future test applicants, this Second Plaintiff seeks equity relief for the option of *"PAPER-BASE TESTING"* as opposed to computer tests only

## V. CERTIFICATE OF SERVICE
## & INTERESTED PARTIES

I certify that a true and correct copy of this motion was serviced to Defendants' counsel of record:

Fulbright & Jaworski LLP - Counsel for Defendants:
**National Board of Medical Examiners - (NBME)**
**Federation of State Medical Boards - (FSMB)**
**Educational Commission for Foreign Medical Graduates - (ECFMG)**
Via – Atty. Alanis King Benford and Atty. Peter C. Tipps
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Tele: (713) 651-5151
Fax: (713) 651-5246

Cheri LaBlanche
Second Plaintiff
12806 Southspring Dr.
Houston, TX. 77047
713 733 9777

Respectfully Submitted,

Absolute Justice
Second Plaintiff
12806 Southspring Dr.
Houston, TX. 77047
(713) 733-9777