USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Cheri LaBlanche | COURT CASE NUMBER (4-13-CV-204)<br>4:13-cv-204 |
|---|---|
| DEFENDANT<br>National Board of Medical Examiners et al. | TYPE OF PROCESS<br>Service of Summons |

13 JUL 19 PM 2:04
SOUTHERN DIST. S/TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federation of State Medical Boards, 1110 Vermont Ave, N.W. Ste 1000, Washington D.C. 20005
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cheri & George LaBlanche
12806 SouthSpring Dr
Houston, TX 77047

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

United States District Court
Southern District of Texas
FILED
AUG 0 7 2013
David J. Bradley, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | Pat Tyler | 7/19/2013 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 7/29/2013 Time 3:07 ☐am ☒pm |
| | Signature of U.S. Marshal or Deputy<br>Pat Tyler |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | | | $0.00 |

REMARKS:
7/23/2013 - Service via Certified Mail 7009 2250 0004 0731 2772
7/29/2013 - Served via Certified Mail.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ronnie Rose*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Ronnie Rose*  7/26/13 |
| 1. Article Addressed to:<br><br>FEDERATION OF STATE MEDICAL BOARDS<br>1110 VERMONT AVE., N.W., SUITE 1000<br>WASHINGTON, DC 20005 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>4-13-CV-204<br><br>3. Service Type R.R.<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7009 2250 0004 0731 2772 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

13 JUL 19 PM 3:04

SOUTHERN DIST. S/TX

| Cheri LaBlanche | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:13-cv-204 |
| National Board of Medical Examiners et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Federation of State Medical Boards
1110 Vermont Ave, N.W. Ste 1000
Washington D.C. 2005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
CLERK OF COURT

Date: 7/19/13

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-cv-204

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federation of State Medical Boards
was received by me on *(date)* 7/19/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served via Certified Mail 7009 2250 0004 0731 2772 on 7/29/2013.

My fees are $ 0 for travel and $ 8.00 for services, for a total of $ 8.00 .

I declare under penalty of perjury that this information is true.

Date: 8/7/2013

*Server's signature*

Pat Lopez, Civil Process Desk

*Printed name and title*
U.S. Marshals Service, S/TX
515 Rusk Ave, Ste 10002
Houston, TX 77002

*Server's address*

Additional information regarding attempted service, etc: