IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS – (NBME), FEDERATION OF STATE MEDICAL BOARDS – (FSMB), EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES – (ECFMG) | § | CIVIL ACTION NO. 4:13-CV-00204 |
| | § | |
| DEFENDANTS. | § | |

## ORDER

The Court considered the Motion for More Definite Statement Pursuant to Rule 12(e) and the Court decided to grant the Motion.

It is ORDERED that the Motion for More Definite Statement Pursuant to Rule 12(e) is granted, and that Plaintiff is ordered to amend her pleading to: (1) identify the alleged factual basis supporting this Court's diversity jurisdiction; and (2) identify the statutes and/or common law causes of action upon which she bases her claims.

SIGNED this _____ day of _____, 2013.

_____
JUDGE PRESIDING

57264221.1                                          - 6 -