USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Cheri LaBlanche | COURT CASE NUMBER<br>4:13-cv-204 |
| DEFENDANT<br>National Board of Medical Examiners et al. | TYPE OF PROCESS<br>Service of Summons |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Education Commission for Foreign Medical Graduates, 3624 Market St., Philadelphia PA 19104-2685

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Cheri & George LaBlanche<br>12806 SouthSpring Dr<br>Houston, TX 77047 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold / Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/19/2013 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>7/30/2013 | Time<br>12:00 | ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | | | $0.00 |

REMARKS:
7/23/2013 - Service via Certified Mail 7009 1250 0004 0731 2789
7/30/2013 - Served via Certified Mail.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED |
|---|---|---|

Form USM-285
Rev. 12/80

RECEIVED
UNITED STATES COURT
SOUTHERN DIST. S/TX
13 JUL 12 PM 2:04

United States Courts
Southern District of Texas
FILED
AUG 1 9 2013
David J. Bradley, Clerk of Court

AO 440 (Rev. 12/09)  Summons in a Civil Action

RECEIVED
UNITED STATES MARSHAL

13 JUL 19  PM 2: 05

SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Cheri LaBlanche                              )
_____                  )
                                             )
            *Plaintiff*                       )
                                             )     Civil Action No.   4:13-cv-204
            v.                               )
National Board of Medical Examiners et al.   )
_____                  )
                                             )
            *Defendant*                       )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Education Commission for Foreign Medical Graduates
        3624 Market St.,
        Philadelphia PA 19104-2685


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**

*CLERK OF COURT*

Date: 7/19/13                                    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  4:13-cv-204

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Education Commission for Foreign Medical Graduates
was received by me on *(date)*  7/19/2013

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Served via Certified Mail 7009 2250 0004
0731 2789 on 7/30/2013.

My fees are $ ___0___ for travel and $ __8.00__ for services, for a total of $ __8.00__
                                                                                            0.00

I declare under penalty of perjury that this information is true.

Date:  8/16/2013

_____
*Server's signature*

**Pat Lopez, Civil Process Desk**
*Printed name and title*

**U.S. Marshals Service, S/TX**
**515 Rusk Ave, Ste 10002**
**Houston, TX 77002**
*Server's address*

Additional information regarding attempted service, etc: