UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERI LABLANCHE, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:13-CV-204 § NATIONAL BOARD OF MEDICAL § EXAMINERS (NBME), *et al*, § § Defendants. § | |

## ORDER

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss **(Instrument No. 9)** and Defendants' Supplement to Rule 12(B)(5) Motion to Dismiss **(Instrument No. 16) are DENIED without prejudice to re-urging**.

IT IS FURTHER ORDERED that Defendants are **ORDERED** to file a response to Plaintiff's Motion for Summary Judgment (Instrument No. 12) within twenty (20) days of the date of this Order.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 3rd day of September, 2013, at Houston, Texas.

_____
VANESSA D. GILMORE
**UNITED STATES DISTRICT JUDGE**