NORTON ROSE FULBRIGHT

October 8, 2013

Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
United States

Direct line +1 713 651 3753
peter.tipps@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

The Honorable Vanessa D. Gilmore
U.S. District Courthouse
515 Rusk Avenue
Houston, Texas 77002

Re:   C.A. No. 4:13-CV-00204; *Cheri LaBlanche v. National Board of Examiners et al*; in the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Gilmore:

We represent the National Board of Medical Examiners, the Federation of State Medical Boards, and the Educational Commission for Foreign Medical Graduates in the above-referenced matter involving Plaintiff Cheri LaBlanche's claim for injunctive relief related to the U.S. Medical Licensing Examination.

On July 19, 2013, the parties held a Status Conference, at which time Plaintiff's brother, George LaBlanche, filed an original petition on behalf of "Second Plaintiff Absolute Justice." Mr. LaBlanche is not a lawyer, and as the Court instructed during the Conference, Mr. LaBlanche cannot represent other individuals or any organization including Absolute Justice. Absolute Justice, however, now appears as a "pro se" plaintiff on the Court's docket sheet, which may be simply a clerical notation that reflects the July 19 filing.

We do not believe that Absolute Justice is a proper party in this case. Before incurring the costs associated with preparing a formal motion to dismiss, by this letter we are seeking a determination from the Court as to whether Absolute Justice is properly before the Court. If we can provide any additional information, or if a formal motion to dismiss is required, we are happy to comply with any such request.

Attached please find a copy of the Status Conference transcript. Discussion of the aforementioned matter can be found on pages three through five. Thank you for your consideration of this matter.

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

57334832.1

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

October 8, 2013  
Page 2

NORTON ROSE FULBRIGHT

Very truly yours,

Peter C. Tipps

PT/ns  
Enclosure

cc: Ms Cheri LaBlanche  
12806 Southspring Dr.  
Houston, TX 77047  
<u>VIA CERTIFIED MAIL-RRR</u>

Mr. George LaBlanche  
12806 Southspring Dr.  
Houston, TX 77047  
<u>VIA CERTIFIED MAIL-RRR</u>

57334832.1