# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHERI LABLANCHE, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | |
| NATIONAL BOARD OF MEDICAL § | CIVIL ACTION NO. 4:13-CV-00204 |
| EXAMINERS – (NBME), FEDERATION § | |
| OF STATE MEDICAL BOARDS – § | |
| (FSMB), EDUCATIONAL COMMISSION § | |
| FOR FOREIGN MEDICAL GRADUATES § | |
| – (ECFMG) § | |
| § | |
| DEFENDANTS. § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Court considered Plaintiff's Motion for Summary Judgment (the "Motion"), and Defendants' Response, and the Court decided to deny the Motion.

It is ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED.

SIGNED this _____ day of _____, 2014.

                                                                _____
                                                                   JUDGE PRESIDING