IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE,<br>　　Plaintiff, | §<br>§<br>§ | |
| Vs. | §<br>§ | Civil Action 4:13-cv-00204 |
| NATIONAL BOARD OF MEDICAL<br>EXAMINERS - (NBME), et al.<br>　　Defendants. | §<br>§<br>§ | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). **(Instrument No. 31)**. Plaintiff has filed an Amended Complaint (Instrument No. 18) asserting an "EQUITY CLAIM of REASONABLE ACCOMMODATION" and alleged in further briefing that her lawsuit "refer[s] to the SPIRIT OF THE LAW- (ADA) Accommodations." (Instrument No. 30, at 2). It is the Court's belief that the Plaintiff has failed to state a legally cognizable claim. Out of an abundance of caution, the Court will allow the Plaintiff opportunity to provide a more definite statement regarding the claim she is asserting. Plaintiff has 10 days to file a Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss **(Instrument No. 31)** is **DENIED without prejudice** and may be re-filed after Plaintiff has filed a Second Amended Complaint.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 14th day of January, 2014, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**