# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHERI LABLANCHE, § § | |
| PLAINTIFF, § § | |
| V. § § | |
| NATIONAL BOARD OF MEDICAL § EXAMINERS – (NBME), FEDERATION § OF STATE MEDICAL BOARDS – § (FSMB), EDUCATIONAL COMMISSION § FOR FOREIGN MEDICAL GRADUATES § – (ECFMG) § § | CIVIL ACTION NO. 4:13-CV-00204 |
| DEFENDANTS. § | |

## ORDER GRANTING DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS

The Court considered Defendants' Rule 12(b)(6) Motion to Dismiss the claims of Plaintiff Cheri LaBlanche. The Court determined that the motion was proper and should be granted.

It is, therefore ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss is granted, dismissing all claims and causes of action brought in the above-referenced cause with prejudice, and for such other and further relief to which Defendants may be justly entitled.

It is further ORDERED that the costs associated with the claims made by Plaintiff shall be borne by the party that incurred them.

SIGNED this 31st day of March, 2014.

_____
JUDGE PRESIDING